UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GRETCHEN MOLOTKY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-769 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| WELLS FARGO BANK, N.A., U.S. BANK | ) | |
| NATIONAL ASSOCIATION and | ) | |
| TROTT LAW, PC, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 13, 2018                                        /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge